PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1940 4044, HELD IN THE NAME OF BURKIWORKS,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1714 7073, HELD IN THE NAME OF LEMON GOLD VENTURES, INC.,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 0170 0675, HELD IN THE NAME OF LEMON GOLD VENTURES, INC.,<br><br>ALL FUNDS MAINTAINED AT PATELCO CREDIT UNION ACCOUNT NUMBER 473661, HELD IN THE NAME OF KURT D. STOCKS, UP TO THE AMOUNT OF $16,212.00, AND<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 1641 0242 5652, HELD IN THE NAME OF REDWOOD VENTURES, INC.,<br><br>                    Defendants. | CASE NUMBER:<br>2:17-SW-0949-EFB<br>2:17-SW-0951-EFB<br>2:17-SW-0953-EFB<br>2:17-SW-0954-EFB<br>2:17-SW-0955-EFB<br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

1

1  proceedings be and are hereby unsealed.

2  Date: September 8, 2022

*[Signature: Allison Claire]*

ALLISON CLAIRE
United States Magistrate Judge

2

Order Re: Request to Unseal Documents